Name:
Address:
Telephone:

Received
2024 MAY 22
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
_____DIVISION

Mark Daniel Switzer

(Full Name)
PLAINTIFF

vs.

Home Depot in Park City, Utah

Penske Truck Rental in West Valley City of Salt Lake City, Utah

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

CIVIL NO._____
(Supplied by Clerk)

Case: 2:24-cv-00370
Assigned To : Bennett, Jared C.
Assign. Date : 5/23/2024
Description: Switzer v. Home Depot et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. ☐ 42 U.S.C. §1983
   b. ☐ 42 U.S.C. §1985
   c. ☐ Other (Please Specify) _____

2. NAME OF PLAINTIFF  Mark Daniel Switzer
   IS A CITIZEN OF THE STATE OF  Utah

   PRESENT MAILING ADDRESS:  16555 Van Wagoner Rd
   Spring Lake, Michigan 49456

3. NAME OF FIRST DEFENDANT  Home Depot in Park City Utah
   IS A CITIZEN OF  Park City, Utah
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [✔]  NO [ ]  If your answer is "YES" briefly explain.

   Home Depot in Park City and Penske Truck Rental both operate in the sate of Utah and there fore they both are operating under the authority of the sate law of Utah at the time these claims occured.

   I have a claim number with Penske and that claim number is 010683-142860-AB-01

   I have a tiny settlement of $15,000 which is $985,000 short of the insurance settlement demands. Gallagher Bassett, acting on behalf of Penske Truck Rental, refused to discuss the accident, nor provide any other possibility for my life long back injuries and the multiple surgeries I face.

4. NAME OF SECOND DEFENDANT  Penske Truck Rental of West Valley in Salt Lake City, Utah
   (If applicable)

   IS A CITIZEN OF  West Valley in Salt Lake City, Utah
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [✔]  NO [ ]  If your answer is "YES" briefly explain.

   Penske is operating under the control of the Federal Motor Carrier Association

   as a result of their nation wide truck rental business. This accident has not

   been reported to the Federal Motor Carrier Association and the unsafe practices still occur at both Home Depot in Park City, and Penske Truck Rental in West Valley of SLC, Utah

5. NAME OF THIRD DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
   (City and State)

   IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)   (Organization)

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: "Bad Faith Insurance Settlement

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   My lawyer Keith Herbert of Herbert Greenawals submitted a $1 million insurance settlenent claim that was disregarded. The offer given was $15,000 or $985,000 less than demanded, based on medical injuries, pain and suffering, and lost wages.

   b. (1) Count II: Negligence on the part of Penske

   (2) Supporting Facts: Penske was negligent in the instructions on operating the ramp
   Penske was negligent in not providing the vehicle I reserved and replacing the vehicle with a more dangerous larger vehicle, higher off the ground, with a longer and heavier truck ramp. The lift of the ramp was more dangerous because the height meant using the back instead of the legs to lift. This is a very dangerous ramp when not maintained.

   c. (1) Count III: Negliegnce on the part of Home Depot.
   Home depot did not inspect the truck ramp and perform the necessary lubricating of the truck ramp that injured me badly for live.

(2) Supporting Facts: Home Depot does not lubricate the truck ramp on the Penske truck

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

    Badly injured. I have significant back injuries to T12, L5, and L3

    vertebrae which may take well over $1 mil in surgeries.

    This claim was settled in Bad FAith, which means the damages

    could go much higher than Penske's $1mil liability insurance protection

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?
YES ☐ / NO ☑. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a. Parties to previous lawsuit: No previous lawsuit

        Plaintiff(s): _____

        Defendant(s): _____

    b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _No previous law suit_

d. Issues raised: _____

e. When did you file the lawsuit? _No previous law suit_
   Date   Month   Year

f. When was it (will it be) decided? _No previous law suit_

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ☒ / NO ☐. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:
   I feel I am entitled to relief for the back injuries that require multiple back operations.

   Because of the insurance bad faith problem, my $1 million claim has much more value with a

   total of $over $,3000,000 possible.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at ___16555 Vanwagoner Rd in Spring Lake MI 49456___ on ___5/22___ 20_24_.
                (Location)                  (Date)

___Mark Smith___ (signature)
Signature