AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

MARK DANIEL SWITZER,

        Plaintiff

v.

HOME DEPOT and PENSKE TRUCK RENTAL,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case #2:24-cv-00370-TS-JCB

IT IS ORDERED AND ADJUDGED

that Defendant Penske Truck Rental's Motion to Dismiss is granted. Further, pursuant to 28 U.S.C. § 1915, Plaintiff's action against Defendant Home Depot is dismissed with prejudice.

April 21, 2025
*Date*

BY THE COURT:

_(signature)_

Ted Stewart
United States District Judge